In the Matter of the Accounting of CHARLES A. HORTON, as Committee of FORREST T. HORTON, an Incompetent Person. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; C. EDWARD SCOTTI et al., Respondents.— In our opinion, the allowances were excessive. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of the Accounting of JENNIE DAWSON, as Committee of JAMES T. KELLY, an Incompetent Person. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; GOLDMAN & TAMM et al., Respondents.— In our opinion, the allowances were excessive. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of the Accounting of HENRY KOSTER, Committee of HAROLD KOSTER, an Incompetent Person. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; HENRY KOSTER, Committee of HAROLD KOSTER et al., Respondents.— In our opinion, the allowances were excessive. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against M. P. H., INC., Owner and Operator of Madison Park Hospital, Appellant.— (Matter of New York State Labor Relations Board v. McChesney, 261 App. Div. 1089.) Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

LOUIS JOSEPH, Appellant and Respondent, v. IDA KREISLER et al., Respondents and Appellants, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.